IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BERNARD, ) | CV-F-03-6845 OWW DLB |
| ) | |
| ) | ORDER DIRECTING ATTORNEY TO |
| ) | PROVIDE STATUS OF CASE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| CALIFORNIA DEPARTMENT OF ) | |
| CORRECTIONS, et.al., ) | |
| ) | |
| Defendants. ) | |

On December 15, 2003, plaintiff filed the present action. Upon receipt of the complaint and its accompanying documents, the Clerk of the Court incorrectly designated the action as one involving the conditions of confinement. October 18, 2004, the Court changed the designation of the present case to reflect that it is a regular civil action. On November 23, 2004, plaintiff filed an amended complaint. On November 24, 2004, Attorney William Dedman was substituted in as counsel for plaintiff. No further action has been taken since that time.

Accordingly, plaintiff is ordered to provide a status of this case to the Court within 10 days of this Order, including, the status of service of defendant. Failure to do so will result in a recommendation that this case be dismissed for lack of prosecution.

1

1  IT IS SO ORDERED.

2  Dated: __December 27, 2006__      _____/s/ Dennis L. Beck_____
   3c0hj8                           UNITED STATES MAGISTRATE JUDGE

2