UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MIKE BERNARD,                                    1:03-cv-06845-LJO-DLB

        Plaintiff,                   **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12)

vs.

                                     **ORDER DISMISSING ACTION**

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.
        _____/

    Plaintiff, Mike Bernard ("plaintiff"), represented by counsel, is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 26, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within ten (10) days. To date, plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on February 8, 2007, as undeliverable. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.  The Findings and Recommendations, filed January 26,
8 2007, are ADOPTED in full; and,
9    2.  This action is DISMISSED based on plaintiff's failure
10 to obey the Court's order of December 27, 2006, and for lack of
11 prosecution.
12 IT IS SO ORDERED.
13 **Dated:    February 28, 2007**              /s/ Lawrence J. O'Neill
   b9ed48                                UNITED STATES DISTRICT JUDGE